IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZOOMIE, WILLIAM<br>Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| MARIROSA LAMAS, et al.,<br>Respondents. | : <br> : | NO. 12-362 |

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this \_\_17\_\_ day of \_\_Oct\_\_, 2012, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and objections thereto, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Berle M. Schiller

BERLE M. SCHILLER, J.